# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-181
Lower Tribunal No. CF19-10582-XX

_____

JAMIE HERNANDEZ SALAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
J. Kevin Abdoney, Judge.

December 26, 2023

PER CURIAM.

AFFIRMED.

NARDELLA, WHITE and BROWNLEE, JJ., concur.

Ita M. Neymotin, Regional Counsel, and Joseph Thye Sexton, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fort Myers, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Helene S. Parnes, Senior Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED